UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

In Re:

ACCESS TO THE UNITED STATES

COURTHOUSE BY PETER ZENDRAN Case No. 26-MC-00016-JJM

**ORDER OF COURT**

The Court has become aware of communications from Peter Zendran regarding a judicial officer of the United States District Court for the District of Rhode Island. Due to these communications, the Court has determined that he poses a risk to the U.S. Courthouse and its occupants. As a result, Peter Zendran shall be denied physical entry to the U.S. Courthouse in Providence, Rhode Island, and the portion of the John O. Pastore Building occupied by the Court ("Courthouse").

The Court is keenly aware of a citizen's constitutional right to access the Courts. However, that right is not without limits and the Court is not without authority to curb those limits. *See Sheppard v. Maxwell*, 384 U.S. 333, 358 (1966) ("[C]ourtroom and courthouse premises are subject to the control of the court." ); *Huminski v. Corsones*, 386 F.3d 116, 140 (2d Cir. 2004) ("Judges also have substantial power to maintain the decorum and security of their courtrooms and the courthouses in which those courtrooms are located.").

This order in no way limits Peter Zendran's access to the Court. In order to balance Peter Zendran's right of access with the Court's obligation to ensure the safety and well-being of all persons at the Courthouse, the following restrictions shall apply:

(1) Peter Zendran may not enter the Courthouse absent further order of this Court.

(2) If Peter Zendran needs to file a lawsuit or documents pertaining to any pending lawsuit, he may submit those documents to the Clerk's Office by email to RID_ECF_Intake@rid.uscourts.gov or mail to:

U.S. District Court<br>
for the District of Rhode Island<br>
One Exchange Terrace<br>
Providence, RI 02903

(3) Should Peter Zendran be required to appear at a hearing, conference, or other proceeding before the Court, the Judge in the case at issue may temporarily lift this prohibition for that purpose.

(4) If Peter Zendran seeks copies of documents or to otherwise contact the Clerk's Office, he may do so by email or mail as outlined in (2) above. In doing so, Peter Zendran shall not be exempt from the charges established under the Miscellaneous Fee schedule adopted by the Judicial Conference of the United States pursuant to 28 U.S.C. §1914.

(5) Any violation of this Order shall be reported to the U.S. Marshals Service and/or the Federal Protective Service for appropriate action.

IT IS SO ORDERED.

By the Court:

October 6, 2026

/s/ John J. McConnell Jr., Chief Judge